**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:10-CV-370-GCM**

**RONALD W. WALDEN, JR.**

        **Plaintiff,**

v.

**TRG CHARLOTTE, LLC,**

        **Defendant.**

## ORDER

THIS MATTER is before the Court upon its own motion. Due to a clerical error, the trial in this matter was set for December 6, 2011.  IT IS HEREBY ORDERED that the trial in this matter is rescheduled for the **December 5, 2011** term at 10:00 A.M. in Courtroom # 3 at 401 West Trade Street, Charlotte, NC 28202.

SO ORDERED.

Signed: March 28, 2011

Graham C. Mullen
United States District Judge